IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACEY REAVIS,  Petitioner, | : : : | CIVIL ACTION |
| v. | : : | No. 20-2364 |
| MARK CAPOZZA, et al.,  Respondents. | : : | |

## ORDER

**JOHN M. GALLAGHER, J.**

AND NOW, this 2nd day of September, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice;

3. Petitioner's Motion to have counsel appointed is DENIED;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER
U.S. DISTRICT COURT JUDGE